IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

GLENDA TOLAR,             :
                          :
    Plaintiff,         :
                          :
v.                        :         CIVIL ACTION 09-0353-M
                          :
MICHAEL J. ASTRUE,        :
Commissioner of           :
Social Security,          :
                          :
    Defendant.         :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Glenda Tolar.

DONE this 5th day of January, 2010.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE